UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020
```

------------------------------------------------------------X
                                                            :
  MICHAEL L. VALENTIN,                            :
                   Plaintiff,     :
                                                            :       19 Civ. 7607 (LGS)
          -against-                     :
                                                            :         ORDER
  A&D LOGISTICS, LLC, et al.                          :
                                                            :
               Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Civil Case Management Plan directed the parties to file a status letter on

December 20, 2019.  Dkt No. 12;

     WHEREAS, the parties have not filed a status letter.  It is hereby

        **ORDERED** that parties shall file a letter as soon as possible, or, in any event, by

**January 7, 2020**.


Dated: January 2, 2020
      New York, New York

                                 **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**