USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL VALENTIN,

                                  Plaintiff,

                -against-

A&D LOGISTICS, LLC, et al.,

                                  Defendants.

------------------------------------------------------------------X

**ORDER**

**19-CV-7607 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' status letter at Docket Number 15, the settlement conference currently scheduled for January 21, 2020 at 2:00 p.m. is hereby adjourned to **March 24, 2020 at 10:00 a.m.**

      SO ORDERED.

Dated: January 6, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge