```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
MICHAEL L. VALENTIN,                        :
                        Plaintiff,          :
                                            :          19 Civ. 7607 (LGS)
        -against-                           :
                                            :                ORDER
A&D LOGISTICS, LLC, et al.                  :
                                            :
                        Defendants.         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan provides that the final Case Management Conference is set for April 6, 2020. Dkt No. 10;

WHEREAS, the Settlement Conference Scheduling Order, dated March 24, 2020, provides that the parties are still completing discovery. Dkt No. 24. It is hereby

**ORDERED** that April 6, 2020, conference is canceled nunc pro tunc. The parties shall file a status letter with this Court no later than April 30, 2020, that complies with the Court's Individual Rules.

Dated: April 6, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE