```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
-------------------------------------------------X  ELECTRONICALLY FILED
                                              :     DOC #:_____
MICHAEL L. VALENTIN,                          :     DATE FILED: 4/3/2020
                        Plaintiff,            :
                                              :     19 Civ. 7607 (LGS)
            -against-                         :
                                              :     ORDER
A&D LOGISTICS, LLC, et al.                    :
                                              :
                        Defendants.           :
-------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan provides that the final Case Management Conference is set for April 6, 2020. Dkt No. 10;

WHEREAS, the Settlement Conference Scheduling Order, dated March 24, 2020, provides that the parties are still completing discovery. Dkt No. 24. It is hereby

**ORDERED** that April 6, 2020, conference is canceled. The parties shall file a letter with this Court no later than April 30, 2020, on the status of the proceedings.

Dated: April 3, 2020
       New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**